# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0807
_____

BENJAMIN L. WHITE,

    Appellant,

    v.

RICKY D. DIXON, Secretary
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

May 21, 2024


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Benjamin L. White, pro se, Appellant.

Ashley Moody, Attorney General, and Juanita Villalpando, Assistant Attorney General, Tallahassee, for Appellee.